THE HONORABLE JUDGE JOHN C COUGHENOUR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| N.F. by and through her mother and next friend, M.R., <br><br> Plaintiff, <br><br> vs. <br><br> PREMERA BLUE CROSS; MICROSOFT CORPORATION WELFARE PLAN; and MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 2: 20-cv-00956 <br><br> **DEFENDANT PREMERA BLUE CROSS'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1** |

Defendant Premera Blue Cross, by and through its counsel of record, hereby provides the following disclosure statement in accordance with the Federal Rule of Civil Procedure 7.1(a):

Premera Blue Cross is a non-profit corporation organized under the laws of the State of Washington.  No parent corporation or publicly held corporation owns 10% or more of Premera Blue Cross's stock.

DATED this 1st day of July, 2020.

KILPATRICK TOWNSEND & STOCKTON LLP

By  */s/ Gwendolyn C. Payton*
Gwendolyn C. Payton, WSBA No. 26752
gpayton@kilpatricktownsend.com
1420 Fifth Ave., Suite 3700

DEFENDANT PREMERA BLUE CROSS'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE 7.1 – 1
KILPATRICK TOWNSEND 73603956 1

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

1
2
Seattle, WA 98101
Telephone: (206) 626-7714
Facsimile: (206) 623-6793

3
*Counsel for Defendant Premera Blue Cross*

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

DEFENDANT PREMERA BLUE CROSS'S
CORPORATE DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE 7.1 – 2
KILPATRICK TOWNSEND 73603956 1

**KILPATRICK TOWNSEND & STOCKTON LLP**
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA  98101
(206) 626-7713  FAX: (206) 260-8946

# CERTIFICATE OF SERVICE

I certify that on the date indicated below I caused a copy of the foregoing document, DEFENDANT PREMERA BLUE CROSS'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1 to be filed with the Clerk of the Court via the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following attorneys of record:

Megan E Glor
MEGAN E. GLOR, ATTORNEYS AT LAW
707 NE KNOTT STREET, STE 101
PORTLAND, OR 97212
503-223-7400
Fax: 503-751-2071
Email: megan@meganglor.com

Richard E Spoonemore
Eleanor Hamburger
SIRIANNI YOUTZ SPOONEMORE HAMBURGER
3101 WESTERN AVENUE STE 350
SEATTLE, WA 98121
206-223-0303
Fax: 206-223-0246
Email: rspoonemore@sylaw.com
Email: ehamburger@sylaw.com

Christine Hawkins
DAVIS WRIGHT TREMAINE (BELLEVUE)
929 108TH AVE NE STE 1500
BELLEVUE, WA 98004
425-646-6100
Email: christinehawkins@dwt.com

I affirm under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct to the best of my knowledge.

DATED this 1st day of July, 2020.

**Kilpatrick, Townsend & Stockton LLP**

By: */s/ Gwendolyn C. Payton*
    Gwendolyn C. Payton, WSBA #26752
    gpayton@kilpatricktownsend.com

*Counsel for Defendant Premera Blue Cross*

CERTIFICATE OF SERVICE – 3

KILPATRICK TOWNSEND & STOCKTON LLP
1420 FIFTH AVENUE, SUITE 3700
SEATTLE, WA 98101
(206) 626-7713 FAX: (206) 260-8946

KILPATRICK TOWNSEND 73603956 1