THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.F., by and through her mother and next friend, M.R.,<br><br>                       Plaintiff,<br>   v.<br><br>PREMERA BLUE CROSS, *et al.*,<br><br>                       Defendants. | CASE NO. C20-0956-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding a briefing schedule for Plaintiff's motion to compel discovery and the parties' request to extend case deadlines (Dkt. No. 17). Finding good case, the motion is GRANTED. The following dates apply to Plaintiff's forthcoming motion to compel discovery:

| | |
|---|---|
| Plaintiff's motion to compel discovery deadline | April 9, 2021 |
| Defendants' response due by | April 30, 2021 |
| Plaintiff's reply due by | May 14, 2021 |

MINUTE ORDER
C20-0956-JCC
PAGE - 1

To allow sufficient time for resolution of Plaintiff's forthcoming motion, the Court extends the following deadlines:

| | |
|---|---|
| Discovery cut-off | Extended to July 16, 2021 |
| LCR 39.1 Mediation deadline | Extended to August 12, 2021 |
| Dispositive motion deadline | Extended to August 13, 2021 |

The pleading amendment/third party action cut-off, not previously set, will be June 4, 2021. The Court will reserve judgment on whether a trial date must be set until the dispositive motion deadline has passed.

DATED this 10th day of March 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk