THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.F., by and through her mother and next friend, M.R., <br><br> Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS, MICROSOFT CORPORATION WELFARE PLAN, AND MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 2:20-cv-00956-JCC <br><br> **JOINT STIPULATED MOTION FOR ONE WEEK EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS** |

Pursuant to Fed. R. Civ. Pro. 6(b)(1)(A) and LCR 7(j), Plaintiff N.F., by and through her mother and next friend, M.R., and Defendants Premera Blue Cross, Microsoft Corporation Welfare Plan and Microsoft Corporation, hereby jointly move for an order extending the deadline to file dispositive motions by one week, from Friday, August 13, 2021 (Doc. # 19), to Friday August 20, 2021.  The purpose of this request is to

**JOINT STIPULATED MOTION FOR  EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS -** P. 1 of 2

(No. 2:20-cv-00956-JCC)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
Phone: 503-223-7400     Fax: 503-751-2071

provide the parties additional time to address possible resolution of the case and, if the case remains unresolved, to complete their dispositive motions.

A Proposed Order is being filed in connection with this Motion.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 5th day of August, 2021.

| KILPATRICK TOWNSEND & STOCKTON LLP | MEGAN E. GLOR, ATTORNEYS AT LAW |
|---|---|
| By  */s/ Gwendolyn C. Payton*<br>Gwendolyn C. Payton, WSBA No. 26752<br>gpayton@kilpatricktownsend.com<br>1420 Fifth Ave., Suite 3700<br>Seattle, WA 98101<br>Telephone: (206) 626-7714<br>Facsimile: (206) 623-6793 | By */s/ Megan Glor*<br>Megan E. Glor (Admitted Pro Hac Vice)<br>megan@meganglor.com<br>707 NE Knott Street, Ste101<br>Portland, OR 97212<br>Phone: (503)-223-7400<br>Fax: (503) 751-0271 |
| *Counsel for Defendant Premera Blue Cross* | *Attorney for Plaintiffs N.F., by and through her mother and next friend, M.R.* |
| DAVIS WRIGHT TREMAINE LLP | SIRIANNI YOUTZ SPOONEMORE HAMBURGER |
| By  */s/ Devin Smith*<br>Devin Smith (WSBA #42219)<br>devinsmith@dwt.com<br>Christine Hawkins (WSBA #44972)<br>christinehawkins@dwt.com<br>Davis Wright Tremaine LLP<br>929 108th Avenue NE, Suite 1500<br>Bellevue, WA 98004-4786<br>Phone: 425.646.6100<br>Fax: 425.646.6199 | By */s/ Eleanor Hamburger*<br>Eleanor Hamburger<br>ehamburger@sylaw.com<br>Richard E. Spoonmore<br>rspoonemore@sylaw.com<br>3101 Western Avenue, Ste 3500<br>Seattle, WA, 98121<br>Phone: (206)-223-0246 |
| *Attorney for Defendants Microsoft Corporation and Microsoft Corporation Welfare Plan* | *Attorney for Plaintiffs N.F., by and through her mother and next friend, M.R.* |

**JOINT STIPULATED MOTION FOR EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS -** P. 2 of 2

(No. 2:20-cv-00956-JCC)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
Phone: 503-223-7400      Fax: 503-751-2071