THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| N.F., by and through her mother and next friend, M.R., <br><br> Plaintiffs, <br><br> v. <br><br> PREMERA BLUE CROSS, MICROSOFT CORPORATION WELFARE PLAN, AND MICROSOFT CORPORATION, <br><br> Defendants. | Case No. 2:20-cv-00956-JCC <br><br> ~~PROPOSED~~ ORDER REGARDING EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS |

Pursuant to stipulation by all parties and for good cause shown, IT IS ORDERED:

The deadline for filing dispositive motions is extended from Friday, August 13, 2021, to Friday, August 27, 2021.

/ /

/ /

~~PROPOSED~~ ORDER REGARDING DEADLINE TO FILE DISPOSITIVE MOTIONS - P. 1 of 2

(No. 2:20-cv-00956-JCC)

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR  97212
Phone: 503-223-7400    Fax: 503-751-2071

DATED this 6th day of August, 2021.

_____
JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

SIRIANNI YOUTZ
SPOONEMORE HAMBURGER PLLC
 /s/ Eleanor Hamburger
Eleanor Hamburger (WSBA #26478)
Richard E. Spoonemore (WSBA #21833)

MEGAN E. GLOR, ATTORNEYS AT LAW
 /s/ Megan E. Glor
Megan E. Glor (*Admitted Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFF

~~PROPOSED~~ ORDER REGARDING DEADLINE TO FILE DISPOSITIVE MOTIONS - P. 2 of 2

Megan E. Glor, Attorneys at Law
707 NE Knott Street, Suite 101
Portland, OR 97212
Phone: 503-223-7400     Fax: 503-751-2071

(No. 2:20-cv-00956-JCC)